# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:22-CR-00096(1)-ADA |
| | § | |
| (1) KAREN PENDOLA BENNETT | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 15, 2024, wherein the defendant (1) KAREN PENDOLA BENNETT waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) KAREN PENDOLA BENNETT to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) KAREN PENDOLA BENNETT's plea of guilty to Count One S (1s) is accepted.

Signed this 2nd day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE